PETER AMMON, Appellant, v. STUART E. TOWNSEND, JR., Commissioner of Public Works of the City of Rome, New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order denies application for an order of mandamus to compel commissioner of public works to install a water meter on plaintiff's premises.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

IRENE S. STILLMAN, as Administratrix, etc., of ROY S. STILLMAN, Deceased, Appellant, v. THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants motion to dismiss plaintiff's complaint in an action for damages for death caused by contracting silicosis.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

In the Matter of the Judicial Settlement of the Account of RICHARD R. MARTIN, as Executor, etc., of ANNA S. EVANS, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Lewis, JJ.

VINCENZO SCAPPUCCI, Also Known as JAMES SCAPPUCCI, Appellant, v. THE CARBORUNDUM COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Edgcomb, Thompson, Crosby and Lewis, JJ.

MICHELINA MASSARO, Appellant, v. NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, CONNECTICUT, Respondent.— Motion for a reargument granted. [See 248 App. Div. 448.] Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ. [See ante, p. 262.]

JOSEPH CANNELLA, Appellant, v. THE CARBORUNDUM COMPANY, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

KAZIER SZETIGA, Appellant, v. THE CARBORUNDUM COMPANY, Respondent.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

GUISEPPI TRIPI, Appellant, v. THE CARBORUNDUM COMPANY, Respondent.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.

CARL JOHNSON, Appellant, v. CERTAIN-TEED PRODUCTS CORPORATION, Respondent.— Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Taylor, Edgcomb, Crosby and Lewis, JJ.